```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
MOHAMMED IMRAN KHAN, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS                  21 Civ. 5449 (JGK)
SIMILARLY SITUATED,
              Plaintiffs,                    ORDER

        - against -

BISMA SERVICE CENTER, INC. ET AL.,
              Defendants.
───────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

Umair Jawaid's application for an extension of time to respond to the complaint is granted. The deadline to respond to the complaint is extended to **September 21, 2021.**

SO ORDERED.
Dated:   New York, New York
         August 30, 2021

/s/ John G. Koeltl
John G. Koeltl
United States District Judge