

# PELTON GRAHAM LLC
ADVOCATES FOR JUSTICE

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

October 12, 2021

**VIA CM/ECF**

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

10/12/21   John G. Koeltl, U.S.D.J.

Re:   *Khan, et al v. Bisma Service Center, Inc. et al.*
      Civil Action No. 1:21-cv-05449 (JGK)(KHP)

Dear Judge Koeltl:

This firm represents the plaintiff with regard to his wage and hour claims against Bisma Service Center, Inc., Mohammed A. Khan, and Umair Jawad (the "Defendants") in the above-referenced matter. We write to respectfully request an adjournment of the initial conference currently scheduled to take place before Your Honor via telephone on October 14, 2021[1]. (Dkt. Entry Dated 07/12/2021).

The reason for this request is that Defendants have failed to appear in this action and are in default. A Request for Entry of Default is currently pending for the Clerk of Court. (*See* Dkt. No. 16). Accordingly, to the extent that the October 14, 2021 initial conference is still on the Court's calendar, we respectfully request that such conference be adjourned *sine die*.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

/s/ Brent E. Pelton, Esq.

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

---

[1] It is not clear from the docket whether the October 14, 2021 conference is still scheduled to take place, as Magistrate Judge Parker subsequently scheduled an initial conference to take place on October 19, 2021. (Dkt. No. 12).

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800
www.PeltonGraham.com