# PELTON GRAHAM LLC

ADVOCATES FOR JUSTICE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2021
```

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

October 15, 2021

**VIA CM/ECF**

Honorable Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Khan, et al v. Bisma Service Center, Inc. et al.*
      Civil Action No. 1:21-cv-05449 (JGK)(KHP)

**APPLICATION GRANTED**

/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
10/15/2021

Dear Judge Parker:

This firm represents the plaintiff with regard to his wage and hour claims against Bisma Service Center, Inc., Mohammed A. Khan, and Umair Jawad (the "Defendants") in the above-referenced matter. We write to respectfully request an adjournment of the initial conference currently scheduled to take place before Your Honor on October 19, 2021. (Dkt. No. 12).

The reason for this request is that Defendants have failed to appear in this action and are in default. Accordingly, to the extent that the October 19, 2021 initial conference is still on the Court's calendar, we respectfully request that such conference be adjourned *sine die*.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Brent E. Pelton, Esq.*

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com