```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Mohammed Imran Khan et al.,

                                  Plaintiffs,                              **21-CV-5449 (JGK) (KHP)**

        -against-                                                 **ORDER**

Bisma Service Center, Inc. et al.,

                                  Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court is in receipt of Umair Jawaid's application for an extension of time to retain counsel in this matter. The application is granted. The deadline to obtain counsel and respond to the Complaint is now **November 29, 2021.**

       The Court strongly encourages Mr. Jawaid to consult the legal clinic opened in this District to assist people who are parties in civil cases and do not have lawyers—often called "pro se" parties. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit). The Clinic is located at 100 Pearl Street, New York, New York 10004. A party without legal representation can make an appointment in person or by calling 212-613-5000.

       The Clerk of Court is respectfully requested to mail a copy of this order to Mr. Jawaid.

**SO ORDERED.**

Dated:   October 26, 2021
              New York, New York

                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge