**PELTON GRAHAM** LLC

ADVOCATES FOR JUSTICE

November 2, 2021

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

**VIA CM/ECF**

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: *Khan, et al v. Bisma Service Center, Inc. et al.*
     **Civil Action No. 1:21-cv-05449 (JGK)(KHP)**

Dear Judge Koeltl:

  This firm represents the plaintiff with regard to his wage and hour claims against Bisma Service Center, Inc., Mohammed A. Khan, and Umair Jawad (the "Defendants") in the above-referenced matter. We write to inform the Court of an "out-of-court"[1] settlement reached between the plaintiff and Defendants and to advise Your Honor that we intend to seek dismissal of the action without prejudice.

  On October 26, 2021, defendant Mohammed A. Khan dropped off the attached document at our office, explaining that plaintiff entered into an agreement to settle his claims against Defendants in exchange for payment of $10,000. Plaintiff confirmed that he agreed to settle his claims and dismiss the action based on "pressure from his family." Based on the attached agreement, the parties do not seek judicial approval of their settlement. Since Defendants remain in default and have not appeared in this action, the undersigned believes that the action should be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, we will file a Notice of Dismissal simultaneously herewith.

  We appreciate Your Honor's attention to this matter.

            Respectfully submitted,

            */s/ Brent E. Pelton, Esq.*

            Brent E. Pelton, Esq. of
            PELTON GRAHAM LLC

Enclosure

---

[1] Plaintiff and Defendants negotiated directly with one another without involvement of Plaintiff's counsel.

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com