UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOHAMMED IMRAN KHAN, INDIVIDUALLY           21-cv-5449 (JGK)
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,                         ORDER

                    Plaintiff,

- against -

BISMA SERVICE CENTER, INC., ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    Docket No. 33 is currently under temporary seal. Counsel for the plaintiff should re-file Docket No. 33 under seal. This Order will serve to permit filing under seal.

SO ORDERED.

Dated:    New York, New York
            November 9, 2021

                                              John G. Koeltl
                                    United States District Judge